# SUPREME COURT OF HAWAI'I

**March 2, 2016**

| | | |
|---|---|---|
| SCWC –12– 0000 775 | State v. Richardson | Vacated and Remanded |

**March 4, 2016**

| | | |
|---|---|---|
| SCWC –13– 0000 023 | State v. Elberson | Vacated and Remanded |
| SCWC –12– 0001 007 | State v. Kernstock | Vacated and Remanded |
| SCWC –14– 0000 695 | State v. Mikawa | Vacated and Remanded |
| SCWC –13– 0003 479 | State v. Reilly | Vacated and Remanded |
| SCWC –12– 0000 902 | State v. Shigemura | Vacated and Remanded |

**March 10, 2016**

| | | |
|---|---|---|
| SCWC –12– 0001 025 | State v. Bayudan | Vacated and Remanded |

**March 15, 2016**

| | | |
|---|---|---|
| SCWC –13– 0002 852 | State v. Gardner | Reversed |